# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>LASHAWN HICKS,<br><br>    Defendant. | Case No. 2:18-CR-00374-JAD-CWH<br><br>**ORDER**<br><br>ECF No. 94 |

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, January 4, 2022 at 11:00 a.m., be vacated and continued to March 14, 2022, at 1:30 p.m.

    DATED this 4th day of January, 2022.

_____
UNITED STATES DISTRICT JUDGE