UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LASHAWN HICKS,<br><br>    Defendant. | Case No. 2:18-cr-00374-JAD-CWH<br><br>**ORDER**<br><br>ECF No. 109 |

Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the revocation hearing currently scheduled for Thursday, December 8, 2022 at 11:00 a.m., be vacated and continued to January 31, 2023, at 10:00 a.m.

DATED this 7th day of December, 2022.

                                                         _____
                                                         UNITED STATES DISTRICT JUDGE