# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>LASHAWN HICKS,<br><br>    Defendant. | Case No. 2:18-cr-00374-JAD-CWH<br><br>**ORDER**<br><br>ECF NO. 112 |

Based on the parties stipulation and good cause appearing, IT IS ORDERED that the revocation hearing currently scheduled for Tuesday, January 31, 2023 at 10:00 a.m., be vacated and continued to March 7, 2023, at 3:00 p.m.

DATED this 26th day of January 2023.

_____
UNITED STATES DISTRICT JUDGE